IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | NO. 3:19-CR-00137-S |
| | § | |
| CHRISTOPHER DELAROSA, | § | |
| Defendant | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court referred the request for revocation of Defendant's Supervised Release to United States Magistrate Judge David L. Horan for consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before this Court as well as his right to object to the Report and Recommendation of the United States Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that, because the 18 U.S.C. § 3583(d) exception to mandatory revocation applies, Defendant's supervised release will not be revoked, and he will remain on supervised release, and, further, that Defendant's conditions of supervised release are modified to permit him to enroll in the Track II pilot program of PASS Court as soon as possible.

SO ORDERED.

Signed September 9, 2019.

_____
UNITED STATES DISTRICT JUDGE

PAGE 1